AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R. | U. S. District Court, Eastern District of Louisiana | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. District Court
500 Poydras St., Rm. C-368
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Covenant House, Non-Profit Organization |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 11/05/2012 | Historic New Orleans Collection - voice performance |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Donald "Boysie" Bollinger | August 20-24, 2012 | Argentina | Hunting Trip | Travel and lodging |
| 2. | Arlen "Benny" Cenac, Jr. | January 17, 2012 | New Orleans to Houston | Travel on Private Plane to Houston for knee surgery | Air travel |
| 3. | Arlen "Benny" Cenac, Jr. | January 23, 2012 | Houston to New Orleans | Travel on Private Plane back to New Orleans after surgery | Air travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #2, Terrbonne Parish, LA | | None | J | W | | | | | |
| 2. Whitney Bank (Accounts) | A | Interest | K | T | | | | | |
| 3. Judicial & Justice Fed. Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 4. Mineral Interest #1, Terrebonne Parish, LA | | None | J | W | | | | | |
| 5. Mineral Interest #2, Terrebonne Parish, LA | | None | J | W | | | | | |
| 6. IRA #1 | D | Distribution | N | T | | | | | |
| 7. -Wells Fargo Sweep Account | | | | | | | | | |
| 8. -HIO | | | | | | | | | |
| 9. -CIBFX | | | | | | | | | |
| 10. -EAIFX | | | | | | | | | |
| 11. - FSMXX | | | | | | | | | |
| 12. - USB'L | | | | | | | | | |
| 13. - AGG | | | | | | | | | |
| 14. - T | | | | | | | | | |
| 15. - PCY | | | | | | | | | |
| 16. - BND | | | | | | | | | |
| 17. - JPM PRZ | | | | | Sold | 7/12/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - WRS | | | | | Sold | 5/15/12 | J | | |
| 19.   - ETF | | | | | Buy | 2/6/12 | J | | |
| 20.   - DVY | | | | | Buy | 2/6/12 | J | | |
| 21.   - TIP | | | | | Buy | 2/6/12 | K | | |
| 22.   - DEM | | | | | Buy | 2/6/12 | J | | |
| 23.   IRA#2 | B | Int./Div. | N | T | | | | | See Part VIII |
| 24.   -Blackrock Fundamental Growth | | | | | | | | | |
| 25.   -Blackrock Global Allocation C+ | | | | | | | | | |
| 26.   -Blackrock Global Smallcap C+ | | | | | | | | | |
| 27.   -Invesco Comstock Fund+Class C (former Van Kampen Comstock) | | | | | | | | | See Part VIII |
| 28.   Merrill Lynch CMA Account | A | Int./Div. | M | T | | | | | See Part VIII |
| 29.   -Blackrock Global Allocation FD Inc C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART IV. REIMBURSEMENTS

Line 1 - Donald "Boysie" Bollinger is a life long friend of mine. I have always recused myself from any cases involving Donald Bollinger or any of his companies.

Line 2 and Line 3 - Arlen "Benny" Cenac, Jr. is a life long friend of mine. Benny provided his private plane for my travel from New Orleans to Houston on 1/17/12 for knee surgery and return flight on 1/23/12 from Houston to New Orleans after surgery. I have always recused myself from any cases involving Arlen Cenac, Jr. or any of his companies.

PART VII. INVESTMENTS AND TRUSTS

Line 23 - IRA #2 is the sole financial interest              , of which I do not derive or expect to derive a benefit.

Line 27 - Van Kampen Comstock Fund+Class C (in IRA #2) became known as Invesco Comstock Fund+Class C on September 24, 2012. Name change only. There was no change in the value, therefore nothing was reported in Column D.

Line 28 - Merrill Lynch CMA Account is the sole financial interest              , of which I do not derive or expect to derive a benefit.

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stanwood R. Duval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544